**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **JAMES WOODROW** | § | |
| | § | |
| **V.** | § | **NO. 1:05-CV-39** |
| | § | |
| **INLAND PAPERBOARD &** | § | |
| **PACKAGING, INC.** | § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge,

for pretrial proceedings pursuant to a Referral Order filed on May 31, 2005.  The court has received

and considered the report of the United States magistrate judge, who recommends that the court enter

judgment pursuant to settlement upon receipt of closing papers from the parties.

The magistrate judge's report is hereby **ADOPTED**.  The purpose of the referral having been

served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the 1  day of **March, 2006.**

_____
Thad Heartfield
United States District Judge